UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of the Application Regarding<br><br>22-167-04 | No. 22-mc-62<br><br>MOTION TO EXTEND ORDER TO SEAL |

The United States hereby moves this Court for an order continuing the sealing of all previously sealed documents in this matter for 90 additional days, as the documents contain references to an ongoing investigation, protected personal identifiers, and references to informants and/or witnesses.  This matter is part of an ongoing, complicated investigation.  Disclosure of information contained in the documents filed with the Court could jeopardize this ongoing investigation and/or result in possible witness intimidation.

Dated this 26th day of June, 2023.

ALISON J. RAMSDELL
United States Attorney

/s/ JEREMY JEHANGIRI
Jeremy R. Jehangiri
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone:  (605)357-2353
Facsimile:   (605)330-4410
E-Mail:  jeremy.jehangiri@usdoj.gov